PD-0163-15

NO. _____

| Patrick Sharard Guillory | § | In the 180th Judicial |
| | § | |
| vs. | § | District Court of |
| | § | |
| The State of Texas | § | Harris County, Texas |

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Petitioner's Motion to Suspend Copies Pursuant
to 9.3(b) Tex. Rule of Appellate Proc.

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**COMES NOW**, Patrick Sharard Guillory, petitioner and moves this court to grant this, his motion, to suspend the copies **pursuant to Tex. Rules of Appellate Proc. 9.3(b)**, and will show the following.

I

Petitioner is incarcerated at the W.G. McConnell Unit in Bee County, Beeville, Texas. He has no adequate remedy to obtain the required copies because the unit Law Library's policy does not allow for copies being made for offenders at this facility.

II

Therefore, pursuant to TRAP 9.3(b), petitioner requests this Honorable Court to grant this motion for suspension of copies copies and allow petitioner to move forward in this proceeding.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk

Patrick Sharard Guillory
Patrick Sharard Guillory
3001 S. Emily Dr.
Beeville, Texas 78102